ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Hwasan Engineering & Construction Co., Ltd. | ) ASBCA Nos. 62013, 62266 |
| | ) |
| Under Contract No. W912UM-17-C-0043 | ) |

APPEARANCE FOR THE APPELLANT:  Song Yong Eui, Esq.
  Central IP & Law
  Seoul, Korea

APPEARANCES FOR THE GOVERNMENT:  Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
  Paul B. Taylor, Esq.
  Engineer Trial Attorney
  U.S. Army Engineer District, Far East
  Seoul, Korea

ORDER OF DISMISSAL

These appeals have been withdrawn. Accordingly, they are dismissed from the Board's docket with prejudice.

Dated: August 13, 2020

DAVID D'ALESSANDRIS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62013, 62266, Appeals of Hwasan Engineering & Construction Co., Ltd., rendered in conformance with the Board's Charter.

Dated: August 14, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals